IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00534-WYD-BNB

BRANDON LEE PARISCOFF,

Plaintiff,

v.

A1 REPOSSESSIONS,
SHELLEY K. MARTIN,
WILLIAM E. MARTIN,
BRIAN MARTIN, and
JAMES WILBUR KIRK,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify the Scheduling Order** [docket no. 25, filed August 11, 2011] (the "Motion").

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to a renewed motion which addresses all remaining scheduling order deadlines, including the dispositive motion deadline.

DATED:  August 11, 2011