IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00534-WYD-BNB

BRANDON LEE PARISCOFF,

Plaintiff,

v.

A1 REPOSSESSIONS,
SHELLEY K. MARTIN,
WILLIAM E. MARTIN,
BRIAN MARTIN, and
JAMES WILBUR KIRK,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Withdraw Motion to Compel** [docket no. 31, filed October 5, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the **Motion to Compel Discovery** [28] is **DENIED AS WITHDRAWN**.

IT IS FURTHER ORDERED that the hearing set for **October 31, 2011** is **VACATED.**

DATED:  October 5, 2011