IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00534-WYD-BNB

BRANDON LEE PARISCOFF,

Plaintiff,

v.

A1 REPOSSESSIONS,
SHELLEY K. MARTIN,
WILLIAM E. MARTIN,
BRIAN MARTIN, and
JAMES WILBUR KIRK,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Settlement Conference** [docket no. 32, filed October 5, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for **October 12, 2011**, is **VACATED**.


DATED:  October 5, 2011