IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00534-WYD-BNB

BRANDON LEE PARISCOFF

Plaintiff,

v.

A1 REPOSSESSIONS, a partnership;
SHELLEY K. MARTIN, an individual;
WILLIAM E. MARTIN, an individual; and
JAMES WILBUR KIRK, an individual,

Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

Based on Plaintiff's filing of an Amended Complaint on April 18, 2011 [ECF No. 12] and a Second Amended Complaint on October 7, 2011 [ECF No. 36], Defendants' Motion to Dismiss and Request for Attorney's Fees, filed March 28, 2011 [ECF No. 11] is **DENIED AS MOOT**.

Dated:  October 12, 2011