IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00534-WYD-BNB

BRANDON LEE PARISCOFF,

Plaintiff,

v.

A1 REPOSSESSIONS,
SHELLEY K. MARTIN,
WILLIAM E. MARTIN, and
JAMES WILBUR KIRK,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Opposed Motion to Amend Complaint** [Doc. # 39, filed 10/17/2011] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion to Amend [Doc. # 39] is GRANTED

(2)   The Clerk of the Court is directed to accept for filing Plaintiff's Second Amended Complaint [Doc. # 39-1]; and

(3)   The case schedule is modified to the following extent:

Discovery Cut-Off:               February 29, 2012

(All discovery must be completed by the discovery cut-off. All
written discovery must be served so that responses are due on or
before the discovery cut-off.)

Dispositive Motions Deadline:     February 29, 2012

Expert Disclosures:  The parties shall designate all experts on the issue of inherently dangerous activity and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 27, 2012.

Final Pretrial Conference:  The final pretrial conference set for February 6, 2012, at 8:30 a.m., is VACATED and RESET to March 30, 2012, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than March 23, 2012.

Dated November 7, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge