IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00534-WYD-BNB

BRANDON LEE PARISCOFF,

   Plaintiff,

v.

A1 REPOSSESSIONS, a partnership;
SHELLEY K. MARTIN, an individual;
WILLIAM E. MARTIN, an individual; and,
JAMES WILBUR KIRK, an individual,

   Defendants.

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice [ECF No. 59], filed on January 18, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulated Motion To Dismiss With Prejudice [ECF No. 59], filed on January 18, 2013, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  January 22, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge